JS-6

JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:16-cv-1185 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MARIELLEN KIRK, AKA MARIELLEN BELEN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Mariellen Kirk, aka Mariellen Belen, in the principal amount of $2,630.61 plus interest accrued to June 7, 2016, in the sum of $7,709.36; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of $10,350.33.

DATED: July 18, 2016        By: _____Kiry Gray_____
                                Clerk of the Court

                            _____/s/ J. Lam_____
                                Deputy Clerk
                            United States District Court